**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FREDERICK LEE JOHNSON
ADC # 124034                                                                                        PLAINTIFF

V.                                    3:07CV00164 JMM/JFF

REESIE CARLYLE *et al.*                                                                    DEFENDANTS

**ORDER**

Pending before the Court is Plaintiff's Motion to Compel (docket entry #24). Defendants have filed a Response (docket entry #25) in which they note their time in which to respond to Plaintiff's discovery request had not yet expired. Plaintiff has now filed a Reply (docket entry # 29) and it appears that discovery is proceeding; accordingly, Plaintiff's Motion to Compel (docket entry #24) is DENIED as moot. Although Plaintiff has indicated that he would prefer to submit discovery requests and answers through the Court, the discovery rules set forth in Rule 26 of the Federal Rules of Civil Procedure contemplate that the parties submit their discovery to each other; such documents and evidence should not be filed with the Court in the case unless specifically sought or as exhibits to a dispositive motion.

IT IS SO ORDERED this 31st day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE